NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ROSE M. GIVENS,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

_____

2023-1064

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-210, Judge Joseph L. Toth.

_____

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                        GIVENS V. MCDONOUGH

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


                                        FOR THE COURT

January 6, 2023
      Date                              /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** January 6, 2023